IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA D. ROBINSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-06-4083 |
| | § | |
| HENRY M. PAULSON, | § | |
| SECRETARY OF THE TREASURY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a Final Judgment.

SIGNED on October 22, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge